# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RENFRO; and SIMA EDSELL,<br><br>Plaintiffs,<br><br>v.<br><br>J.G. BOSWELL CO., INC., *et al.*,<br><br>Defendants. | **Case No. 1:17-cv-00418-LJO-EPG**<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATIONS**<br><br>(ECF Nos. 2, 3) |

Plaintiffs Christopher Renfro and Sima Edsell filed a complaint on March 22, 2017 and applications to proceed *in forma pauperis* on that same day. (ECF Nos. 2, 3.) Plaintiffs have made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the requests to proceed *in forma pauperis* are GRANTED.

As to the status of the complaint, Plaintiffs are advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every *pro se* complaint to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the

1

deficiencies in the complaint can be cured by amendment. Plaintiffs' complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **May 1, 2017**

/s/ Erin P. Groj

UNITED STATES MAGISTRATE JUDGE